UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EBERT v. POCONO HEALTH                          CIVIL 06-1022

### ORDER

The above civil case is listed for **CASE MANAGEMENT CONFERENCE** on **Wednesday, July 19, 2006 at 10:00 a.m.** in the William J. Nealon Federal Building, Corner Linden & Washington Streets, Scranton, PA.

_____
Edwin M. Kosik
United States District Judge

Dated: June 20, 2006