UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE (✓) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL    ( ) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Monday, August 7, 2006 @ 11:00 a.m.

CASE NUMBER: 3:CV-06-1022

CAPTION:   Ebert v. Pocono Health

COUNSEL FOR PLAINTIFF:        Sidney L. Gold, Esquire

COUNSEL FOR DEFENDANT:        Gerald John Hanchulak, Esquire

**CONFERENCE RESULTS:**

♦    Both have exchanged Rule 26 discovery;
♦    Both are in the process of written discovery;
♦    Court suggested early deposition to sort out an apparent conflict in facts;
♦    Discovery to run until end of November, 2006.